Prob12B (7/93)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

**RECEIVED** FEB 13 2006

FILED 2006 FEB 15 PM 4:05
LORETTA G. WHYTE
CLERK

### Request for Modifying the Conditions Or Terms of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing Attached)

**Name of Offender:** ROLAND TOCA  **Case Number:** 053L 2:00CR00269-002N

**Name of Sentencing Judicial Officer:** Honorable Stanwood R. Duval Jr.

**Offense:** 18 U.S.C. § 371 - Conspiracy to Embezzle From Foreign and Interstate Shipments

**Date of Sentence:** March 28, 2001

**Sentence:** Toca was sentenced to the custody of the U.S. Bureau of Prsions for a term of 18 months, as to Count 1, to be followed by a three year term of supervised release. A $50.00 special assessment fee was also ordered.

**Special Conditions:**

1. Orientation and life skills
2. Financial disclosure
3. Restitution in the amount of $35,000.00 at a rate of $800.00 per month
4. Special assessment fee

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** March 25, 2005

---

### PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total term of years.

[ X ] To modify the conditions of supervision as follows:

To pay restitution in the amount of $33,890.00 at a rate of $100.00 per month.

**REASON FOR MODIFICATION:**

Toca has not paid the $800.00 restitution payment per month, as ordered by the Court. Toca has made 11 restitution payments totaling $1,110.00, leaving an outstanding balance of $33,890.00. Toca's finances do not allow him to pay the $800.00 restitution payment. However, he has made good faith payments of $100.00 per month. Given Toca's monthly income of $2,141.00 and his monthly expenses of $1,936.26, the $100.00 per month payment appears appropriate.

*Deborah M. Brown* (signature)
Deborah M. Brown
U.S. Probation Officer Assistant
February 07, 2006

REVIEWED BY: *Stephanie H. Williams* (signature)
Stephanie H. Williams
Supervising U. S. Probation Officer

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtrmDep_____
___ Doc. No._____

**THE COURT ORDERS**

[ ]  No Action
[ ]  Submit a Request for Warrant or Summons
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

Feb 15, 2006
_____
Date

**DISTRIBUTION:**
    Original         - Clerk's Office
    1 Copy Certified  - U.S. Attorney
    1 Copy Certified  - Defense Counsel
    2 Copies Certified - U.S. Probation