UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| **v.** | * | **NO. 00-269** |
| **ROLAND TOCA** | * | **SECTION: "N" (2)** |
| | * * * | |

### APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Roland Toca (SSN: xxx-xx-8501), whose last known address is 736 Village Road, Apt. B, Kenner, LA 70065, in the above-captioned action in the amount of $35,050.00. The sum of $3,660.00 has been credited to the judgment debt, leaving a total balance due of $31,390.00, as of July 14, 2008.

Demand for payment of the above-stated debt was made upon Donald Wall more than 30 days before July 14, 2008, but Roland Toca has failed to satisfy the debt.

1

The Garnishee is believed to owe or will owe money to Roland Toca, or is in possession of property of Roland Toca, in which Roland Toca has a substantial non-exempt interest.

The name and address of the Garnishee or its authorized agents:

>   Randall J. Toca, Agent of Service
>   Law Office Network L.L.C.
>   1919 Veterans Blvd., Suite 303
>   Kenner, LA  70062

>   Respectfully submitted,
>
>   JIM LETTEN
>   UNITED STATES ATTORNEY
>
>    *s/ Peter M. Mansfield*
>   PETER M. MANSFIELD (#28671)
>   Assistant United States Attorney
>   500 Poydras Street, Room B210
>   New Orleans, LA  70130
>   Telephone: (504) 680-3047
>   Fax: (504) 680-3184