UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL ACTION |
| v. | * | NO. 00-269 |
| **ROLAND TOCA** | * | SECTION "N" (2) |
| | * * * | |

## O R D E R

The United States of America has applied for issuance of a Writ of Garnishment in order to satisfy the judgment entered against Roland Toca;

IT IS HEREBY ORDERED that the Clerk issue the Writ of Garnishment and Law Office Network L.L.C. be made garnishee and ordered to answer the writ within 10 days from service.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE