UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-269 |
| ROLAND TOCA | * | SECTION: "N" (2) |
| | * * * | |

### WRIT OF GARNISHMENT

Randall J. Toca, Agent of Service
Law Office Network L.L.C.
1919 Veterans Blvd., Suite 303
Kenner, LA 70062

An application for a Writ of Garnishment against the property of defendant, Roland Toca, 736 Village Road, Apt. B, Kenner, LA 70065, has been filed with this Court. A judgment was entered against Roland Toca in the amount of $35,000.00. A balance of $31,390.00 remains outstanding. You are required by law to answer in writing, under oath, within 10 days, whether or not you have in your custody, control or possession, any property owned by defendant, Roland Toca, including non-exempt disposable earnings.

You must file the original written answer to this writ within 10 days of your receipt of this

1

writ with the Clerk of Court, United States District, 500 Poydras Street, New Orleans, LA 70130.

Additionally, you are required by law to serve a copy of your answer upon:

    (1)    Roland Toca,
             736 Village Road, Apt. B
             Kenner, LA 70065

and

    (2)    United States Attorney's Office
             Financial Litigation Unit
             Hale Boggs Federal Building
             500 Poydras Street, Rom B210
             New Orleans, LA  70130

You are required to withhold and retain any property or funds in which Roland Toca has a substantial non-exempt interest for which you are or may become indebted to Roland Toca pending further order of the court. Under the law, there may be property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this writ is listed on the attachment entitled Exemptions Under Federal and State Law. It is unlawful to pay or deliver to the defendant any item attached by this writ. Pursuant to 15 U.S.C. § 1674, Law Office Network L.L.C. is prohibited from discharging Roland Toca from employment because his earnings have been subject to garnishment.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the court for an order requiring you to appear before the court. If you

fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the court may enter a judgment against you for the value of the defendant's non-exempt property. In addition, you may be liable for a reasonable attorney's fee to the United States of America.

 New Orleans, Louisiana, this ____ day of _____, 2008.


                _____
                UNITED STATES DISTRICT CLERK