UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES** | * | **CRIMINAL NO. 00-269** |
| **v.** | * | **SECT. "N" (2)** |
| **ROLAND TOCA** | * | **JUDGE ENGELHARDT** |
| | * | |

## CLERK'S NOTICE OF GARNISHMENT

**YOU ARE HEREBY NOTIFIED** that a garnishment is being taken by the United States of America which obtained a judgment against you in the United States District Court, Eastern District of Louisiana. Judgment was entered against you in this action on March 30, 2001 in the amount of $35,000.00. After deduction of all credits and payments, a balance of $31,390.00 remains due and owing.

**YOU ARE FURTHER NOTIFIED** that there are exemptions under the law which may protect some of the property from being taken by the United States of America if you can show that the exemptions apply. Attached is a Claim for Exemption Form which lists a summary of the major exemptions which apply in most situations in the State of Louisiana. If you are Roland Toca, you have a right to ask the court to return your property to you if you think you do not owe the money

1

to the United States of America is taking, or you think that the property the United States of America is taking qualifies under one of the exemptions referred to above.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing. If you wish, you may use this notice to request the hearing by checking the box below. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. If you do not request a hearing within 20 days of receiving this notice, the seizure will become effective.

You must either mail or deliver your written request in person to the Clerk, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130. A copy of your request must also be sent to the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 500 Poydras Street, Room B210, New Orleans, Louisiana 70130, so the United States of America will know you want a hearing. At the hearing you may explain to the judge why you think you do not owe the money to the United States of America.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail or deliver it in person to the Clerk, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130. A copy of your request must also be sent to the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 500 Poydras Street, Room B210, New Orleans, Louisiana 70130, so the United States of America will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

_____
CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

I request a hearing because:

\_\_\_  The property that the United States of America is taking is exempt. The Claim for Exemption Form indicating my exemptions is attached.

\_\_\_  The United States of America has not complied with the statutory requirements for issuance of the post-judgment remedy.

Exemption Form indicating my exemptions is attached.

_____
(debtor's name)
Address  _____
         _____

Phone    _____