UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL ACTION |
| v. | * | NO. 00-269 |
| **ROLAND TOCA** | * | SECTION: "N" (2) |

\* \* \*

## REQUEST FOR HEARING

I request a hearing because:

\_\_\_   The property that the United States of America is taking is exempt.  The Claim for Exemption Form indicating my exemptions is attached.

\_\_\_   The United States of America has not complied with the statutory requirements for issuance of the post-judgment remedy.

_____
Defendant's Signature
ROLAND TOCA

Address:   _____

          _____

Telephone: _____

Date: _____