UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES** | * | **CRIMINAL NO. 00-269** |
| v. | * | **SECT. "N" (2)** |
| **ROLAND TOCA** | * | **JUDGE ENGELHARDT** |
| | * | |

**ANSWER OF THE GARNISHEE**

_____, HEREBY STATES UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES:

That he/she is the (state Official Title) _____ of Garnishee, \_\_\_\_ _____ a corporation, organized under the laws of the State of _____ _____ doing business in the State of Louisiana.

On _____, 2008, Garnishee was served with a Writ of Garnishment by certified mail. The Garnishee was informed of its right to have the Writ served by the United States Marshal. The Garnishee expressly waives service of the Writ of Garnishment by United States Marshal and accepts service of the Writ of Garnishment by certified mail. For the pay period in effect on the date of service (shown above):

1

Yes    No

__   __    1.    Defendant, Roland Toca, received payment(s) from Law Office Network, L.L.C.

2. Payments are __ weekly, __ bi-weekly, __ semi-monthly, __ monthly.

Enter date present pay period began:

_____. (Present means the pay period in which this order and notice of garnishment were served).

Enter date above pay period ends:

_____.

3. Enter amount of net payment. Calculate below:

|   |   |
|---|---|
| (a) Gross Pay | $_____ |
| (b) Federal income tax | $_____ |
| (c) F.I.C.A. tax | $_____ |
| (d) State income tax | $_____ |
| Total of tax withholdings | $_____ |
| Net Payment (a less total of b,c,d) | $_____ |

__   __    4.    Have there been previous garnishments in effect? If the answers is yes, describe below.

_____

_____

__   5.   The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ |
| 4. | _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $_____ | _____ |
| 2. | $_____ | _____ |
| 3. | $_____ | _____ |
| 4. | $_____ | _____ |

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Roland Toca, Social Security Number xxx-xx-8501, whose last known address is: 736 Village Road, Apt.

3

B, Kenner, Louisiana 70065 and (2) the attorney for the United States, Peter M. Mansfield, Assistant United States Attorney, 500 Poydras St., New Orleans, LA, 70130.

                                                   _____
                                                   Garnishee

       This _____ day of _____, 2008.

                                                   _____(signature)

                                                   _____(printed name)

                                                   _____(address)

NOTE: The original Answer must be mailed to: Clerk, United States District Court, 500 Poydras St., New Orleans, LA 70130 and a copy of the Answer to the judgment debtor and the United States Attorney's Office, as stated above.