

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

---

*Financial Litigation Unit*       *Hale Boggs Federal Building*      *Telephone: (504) 680-3000*
                           *500 Poydras Street, Room B210*         *Fax: (504) 589-3602*
                           *New Orleans, LA  70130*


TO:     LAW OFFICE NETWORK L.L.C.
          1919 Veterans Blvd., Suite 303
          Kenner, LA 700062

## INSTRUCTIONS TO THE GARNISHEE

       Attached is a Writ of Garnishment requesting that you determine whether you have in your possession, custody or control any of the property or funds of Roland Toca listed therein, or any other property of Roland Toca. You are required by law to file a written answer to this writ with the court within 10 days of your receipt of this writ and serve a copy of the Answer upon Roland Toca and counsel for the United States of America.

       You have the right to have this writ served by the United States Marshal instead of by certified mail. If you choose to exercise your right to service by U.S. Marshal, please call David Vigier at (504) 680-3000 and he will arrange for a U.S. Marshal to serve these papers on you.

       You are further required to withhold and retain all non-exempt property belonging to Roland Toca, including but limited to 25 percent of the non-exempt disposable earnings owed to Roland Toca or the amount by which disposable earnings exceeds 30 times the current federal minimum hourly wage, whichever is less. Federal law does not permit the withholding of that much of the debtor's disposable earnings in the following cases:

1.     Deductions are being made from a judgment debtors's income for alimony, support or maintenance of family members or former spouses, and those deductions equal or exceed 25 percent of the debtor's disposable earnings, no deductions can be made under this garnishment.

2.     Deductions are being made from a judgment debtors's income for alimony, support or maintenance of family members or former spouses, and those deductions less than 25 percent of the debtor's disposable earnings, deductions may be made under this garnishment. However, the total amount of the deductions for alimony, support or maintenance of family members or former spouses, and this garnishment cannot exceed 25 percent of the debtor's disposable earnings.

1

A list of exemptions which are not subject to the Writ of Garnishment can be found on the attachment to the writ entitled Exemptions Under Federal. Any funds withheld must be retained by you until further orders of the court.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEBTOR'S NON-EXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES OF AMERICA IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

If you have any additional questions, please contact David Vigier, Debt Collection Agent, at (504) 680-3000, or write to: United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 500 Poydras Street, Room B210, New Orleans, LA 70130.

Very truly yours,

JIM LETTEN
UNITED STATES ATTORNEY

PETER M. MANSFIELD
Assistant United States Attorney