

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

---

*Financial Litigation Unit.*  *Hale Boggs Federal Building*  *Telephone: (504) 680-3000*
 *500 Poydras Street, Room B210*  *Fax: (504) 589-3602*
 *New Orleans, LA  70130*

Roland Toca
736 Village Road, Apt. B
Kenner, LA 70062

### NOTICE AND INSTRUCTIONS TO DEFENDANT-DEBTOR

The attached garnishment was issued on request of the United States of America based on a judgment entered against you. The garnishment was served on Law Office Network L.L.C. garnishee, and it is believed that Law Office Network L.L.C. may have property of yours in its custody, possession or control.

The law provides that certain property and wages cannot be taken. This property is said to be exempted. The enclosed Claim for Exemption form lists the exemptions under Federal law. There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption, you must (I) fill out the Claim for Exemption form and (ii) deliver or mail the form to the Clerk of Court, United States District Court, 500 Poydras Street, New Orleans, LA 70130, and the United States Attorney's Office, Financial Litigation Unit, 500 Poydras Street, Room B210, New Orleans, LA 70130, within 20 days receiving the writ. You have a right to a hearing within five business days, or as soon as practicable, from the date you file your claim with the court.

If the United States of America as creditor is asking that your wages be withheld, the method of computing the amount of wages which are exempt from garnishment by law is indicated on the Claim for Exemption form which is attached. You do not need to file a claim for exemption to receive this exemption, but if you believe the wrong amount is being withheld, you may file a claim for exemption.

In addition, Law Office Network L.L.C. must file an answer to the writ and serve a copy of the answer on you. If you object to the answer filed by Law Office Network L.L.C., then within 20 days after receiving the answer, you must file a written objection explaining your reasons for objecting to the answer and requesting a hearing with the Clerk of Court, United States District Court, 500 Poydras Street, New Orleans, LA 70130. A copy of the objection must be served on (1) the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 500 Poydras Street, Room B210, New Orleans, LA 70130 and (2) Law Office Network L.L.C., 1919

Veterans Blvd., Suite 303, Kenner, LA 70065. A hearing will be scheduled within 10 business days, or as soon as practicable, from the date you file your objection with the court.

On the day of the hearing, you should come to court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case. If you do not come to court at the designated time and prove that your property is exempt, you may lose some of your rights.

It may be helpful to you to seek the advice of an attorney in this matter.

Very truly yours,

JIM LETTEN
UNITED STATES ATTORNEY

PETER M. MANSFIELD
Assistant United States Attorney