**CLAIM FOR EXEMPTION FORM**
**EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)**

I claim that the exemption(s) checked below apply in this case:

\_\_\_\_  1.  **Wearing apparel and school books**.
--Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family.

\_\_\_\_  2.  **Fuel, provisions, furniture, and personal effects.**
-- So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed $2,500 in value.

\_\_\_\_  3.  **Books and tools of a trade, business, or profession.**
--So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $1,250 in value.

\_\_\_\_  4.  **Unemployment benefits.**
--Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

\_\_\_\_  5.  **Undelivered mail.**
--Mail, addressed to any person, which has not been delivered to the addressee.

\_\_\_\_  6.  **Certain annuity and pension payments.**
--Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. § 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.

\_\_\_\_  7.  **Worker's Compensation.**
--Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a worker's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

\_\_\_\_  8.  **Judgments for support of minor children.**
--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

____ 9. **Certain service-connected disability payments.**
--Any amount payable to an individual as a service-connected (within the meaning of 38 U.S.C. § 101(16)) disability benefit under --(A) subchapter II, III, IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 37 or 39 of such Title 38.

____ 10. **Assistance under Job Training Partnership Act.**
-- Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. § 1501 *et seq*.) from funds appropriated pursuant to such Act.

The statements made in this claim of settlement to exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

____ I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

_____

_____

_____

or telephonically at (    )_____.

_____
Signature

_____
Date