UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES | * | CRIMINAL NO. 00-269 |
| v. | * | SECT. "N" (2) |
| ROLAND TOCA | * | JUDGE ENGELHARDT |
| | * | |

## UNITED STATES' CERTIFICATE OF SERVICE

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes plaintiff, the United States of America, and hereby certifies under 28 U.S.C. §§ 3004(c) & 3205(c)(3) that copies of the Application for Writ of Continuing Garnishment, the Writ of Garnishment, the Clerk's Notice to Judgment Debtor, and the instructions required by 28 U.S.C. § 3205(c)(3)(B) were served upon the judgment debtor by certified mail return receipt requested on the __19th__ day of __August__, 2008.

The United States further certifies that the Writ of Garnishment and the instructions required by 28 U.S.C. § 3205(c)(3)(A) were served upon the garnishee by certified mail return receipt requested on the __13th__ day of __August__, 2008.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

__s/Peter M. Mansfield__
PETER M. MANSFIELD (#28671)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3047
Facsimile: (504) 680-3184
Email: *Peter.Mansfield@usdoj.gov*